FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 2:27 pm, Oct 29, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| JOSEPHINE BURKE, | |
| Plaintiff, | CIVIL ACTION NO.: 5:20-cv-113 |
| v. | |
| WALMART INC., | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the parties' Joint Motion to Add Party, Dismiss Party, and to Recast the Caption of the Complaint. Doc. 14. The parties ask for an order under Federal Rule of Civil Procedure 21 to add WAL-MART STORES EAST, LP as a party, dismiss WALMART Inc. without prejudice, and recast the caption of the Complaint to reflect these changes. After careful consideration, the Court **GRANTS** the parties' request. I **DIRECT** the Clerk of Court to terminate WALMART INC. as a named Defendant from the docket and record of this case and to add WAL-MART STORES EAST, LP as a Defendant. Further, I **ORDER** WAL-MART STORES EAST, LP to be substituted every place WALMART INC. is named in any pleadings as if WALMART INC. had never been named.

**SO ORDERED**, this 29th day of October, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA